# U.S. District Court
## District of New Hampshire

2015 AUG 21 P 12: 12

Richard Papineau 67786
   Plaintiff                      Case No. _____

     V

Capt Edmark; Supervisor of SHU
Sgt. Totten: SHU O.I.C
C. Chapman; R.N. HSC
Bernie Campbell; Physical Therapist HSC
Dr. Fetter: Dir. of HSC
Janis T. R.N. HSC
Paula Mattis; Dir. of Medical and Forensic Services
   Defendants

Complaint Under Civil Rights Act
42 U.S.C. § 1983.

Suit/Complaint is for Cruel & Unusual
Punishment.
Consiracy to commet Murder
Malpractice/Medical Abuse
Deliberate Indifference
Abuse of Power.

## Motion To Proceed in Forma Pauperis

Plaintiff is a 69 yr. old prisoner who has been in that status since 1988. Plaintiff's only income is $130.00 a month for service connected disability. GYSGT. E-7 U.S. Marine Corps.

Please see attached Account Cert.

## Motion For Appointment of Counsel

Plaintiff requests the court appoint counsel so plaintiff can have a reasonable opportunity to fight this case. Plaintiff has been in solitary confinement in the Max. Unit since July 14, 2014 and has no access to any legal books, or computer.

## Motion To Proceed with Paper Filing

As previously stated plaintiff has no access to any computer to do any electronic filing

## Allegations Against Defendant Capt. Edmark.

Defendant continually interferes with plaintiffs medical treatments. Plaintiff on July 3, 2015 suffered congestive heart failure and was taken on an emergency call to Concord Hospital where he was admitted until July 10, 2015.

— 2 —

UPON RETURN TO NHSP PLAINTIFF WAS TOLD BY CARDIOLGIST @ CONCORD HOSP. TO USE wheelchair BECAUSE PLAINTIFF WAS WEAK AND DEEMED A "FALL RISK". CAPT. EDMARK REFUSED TO ALLOW THIS EVEN THOUGH THERE IS A wheelchair AVAILABLE IN SHU. DEFENDANT ALSO wrote PLAINTIFF SEVERAL CHARGES FOR "THREATENING" WHICH GOT PLAINTIFF LOSS OF ALL PRIVILEGES UNTIL MARCH 2016. THE "THREAT" WAS ACTUALLY PLAINTIFF TELLING CUSTODY HE WAS GOING TO SUE THEM. NO THREAT AS THIS is iT. PLAINTIFF is SUPPOST TO GO TO MED. ROOM X2 PER week FOR ViTAL SIGNS, WEIGHT etc. BEING REFUSED A wheelchair HAS MADE THIS IMPOSSIBLE TO GO TO AS IS BLOOD WORK, DOCTOR ViSiTS, PSYCH ViSiTS (P.T.S.D.) ESSENTUALLY everything out OF CELL. SGT. TOTTEN, O.I.C. 2ND SHIFT DEFENDANT ALSO REFUSES USE OF wheelchair WHEN NURSES DO SICK CALL EACH DAY WHEN PLAINTIFF NEEDS HEART MEDS. DELIBERATLY TRYING TO KILL PLAINTIFF PER DEFENDANTS OWN WORDS. "YOU BETTER NOT HAVE ANOTHER HEART ATTACK CAUSE I'M NOT CALLING ANYONE, You'll DiE IN THAT CELL ASSHOLE".

DEFENDANTS: BERNIE CAMPBELL; C. CHAPMAN AND JANISE T. ARE BEING SUED FOR MEDICAL ABUSE, + DELIBERATE INDIFFERENCE, MALPRACTICE.

— 3 —

DEFENDANTS: DR FETTER AND PAULA MATTIS IS
BEING SUED FOR DILERATE INDHFERENCE,
ABUSE OF AUTHORITY, CRUEL AND UNUSUAL
PUNISHMENT. These PEOPLE RECEIVED MULTIPULE
COMPLAINTS FROM PlaintiFF ABOUT THE MEDICAL
ABUSE AND medical STAFF NOT TREATING
PlaintiFF's HEART FAILURE, NO HEART MEDS
THAT WAS PERSCRIBED etc. BOTH ARE
DIRECTOR OF MEDICAL SERVICES AND COULD
HAVE DONE something TO CORRECT THE
MEDICAL ABUSE BUT chose TO PUT
THEIR HEADS IN THE SAND.
    PlaintiFF HAS MANY ANSWERED COMPLAINTS
BY ALL these DEFENDANT AS EVIDENCE. These
PEOPLE ARE SO ARROGANT THEY ACTUALLY
PUT iT, THEIR ABUSES, IN WRITING.

    PLAINTIFF is ASKING FOR JURY TRIAL,
$25,000.00 FROM EACH DEFENDANT, AND
THEIR MEDICAL LICENCES REVOKED. ALSO,
THAT CAPT. EDMARK AND SGT TOTTUM BE
SUSPENDED withbut PAY FOR ATLEAST 6
MONTHS.

_____8-30-15_____
        DATE

                                  _Richard A. Pineau_
                                  RICHARD AAPINEAU
                                       PLAINTIFF

        NOTARY REFUSED TO SIGN.
    SWORN AND SUBSCRIBED TO BEFORE ME THIS____ DAY
OF____                        _____
                                  NOTARY PUBLIC.
                    -4-

Richard Papineau
67786 NHSP
P.O. Box 14
Concord, N.H. 03301

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2015 AUG 21 D 12: 12

Clerk of the Court
U.S. District Court
District of New Hampshire
Warren B. Rudman, U.S. CourtHouse
Rm 110; 55 Pleasant St
Concord, N.H. 03301

Aug 18, 2015

Dear Clerk,

I am waiting for a notary to send this 1983 suit to you.

There is a forma pauperis application attached, However, if You would be kind enough to send me this case number I will have my ex-wife send you a check for filing fee. My ex-Gets my veterans checks direct deposit they do not come to the prison. Can not make copies!!

Thank you for your time and consideration -

Sincerely
Rick Papineau