UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>Richard Papineau</u>

   v.                                                Civil No. 15-cv-340-SM

<u>Capt. FNU Edmark et al.</u>


**<u>REPORT AND RECOMMENDATION</u>**

     Plaintiff Richard Papineau has filed three motions seeking to voluntarily withdraw this action (doc. nos. 22, 26, and 27). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Papineau's requests to voluntarily dismiss this matter should thus be granted, and the action should be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(a).[1] Further, plaintiff's motion (doc. no. 13) seeking an order directing that the defendants' assets be frozen until this matter is concluded should be denied as moot.

     Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. <u>See</u> Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the district court's

---

[1] By order issued this date, the court withdraws its two previous Report and Recommendations (doc. nos. 19 and 21).

order.  See Garayalde-Rijos v. Mun. of Carolina, 747 F.3d 15, 21-22 (1st Cir. 2014).


_____
Andrea K. Johnstone
United States Magistrate Judge


December 3, 2015

cc:   Richard Papineau, pro se
      Jonathan A. Lax, Esq.